STATE of Missouri, Respondent,

v.

Michael FERGUSON, Appellant.

No. WD 49706.

Missouri Court of Appeals,
Western District.

June 27, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of sodomy, § 566.060, RSMo 1994, and sentence of twenty years. Affirmed. Rule 30.25(b).